IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LBX COMPANY, LLC,** a Delaware limited liability company, **Plaintiff,** v. **THE LUMBERMAN'S EXCHANGE, A/K/A THE ORIGINAL LUMBERMANS EXCHANGE** **Defendant.** | CIVIL ACTION NO.: 1:11-0001 |

## ENTRY OF DEFAULT

This matter is before the Clerk for Entry of Default on Plaintiff LBX Company, LLC's Motion for Entry of Default as to Defendant The Lumberman's Exchange a/k/a The Original Lumbermans Exchange ("Defendant"), and the Clerk being sufficiently advised, DEFAULT is hereby ENTERED against the Defendant as provided in Fed. R. Civ. P. 55(a).

Entered this 42yj "day of Lwpg, 2011.

"

*s/ Keith Throckmorton*

MGKVJ "VJ TQEMO QTVQP
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE